UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 15 AH 10: 59

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **07 MJ 2458** |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Jose Alejandro FLORES-Gonzalez | ) | Attempted Entry After |
| | ) | Deportation |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about **October 12, 2007,** within the Southern District of California, defendant **Jose Alejandro FLORES-Gonzalez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry,** without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza
CBP Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15TH** DAY OF **OCTOBER 2007**.

UNITED STATES MAGISTRATE JUDGE

I, United States Customs and Border Protection (CBP) Enforcement Officer Eric M. Velazquez, declare under penalty of perjury the following to be true and correct:

On October 12, 2007 at about 2046 hours, Jose Alejandro FLORES-Gonzalez (Defendant) applied for admission into the United States from Mexico as a passenger in a 1998 Ford Econoline. Defendant presented a State of Georgia identification card bearing his name as proof of identity. Defendant orally claimed to be a United States by birth before a Customs and Border Protection Officer. Defendant was a match to a computer generated referral. The primary officer subsequently escorted Defendant and all other occupants in the vehicle to secondary.

In secondary, it was determined that Defendant is a citizen of Mexico with no entitlements to enter or reside in the United States. Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a deported alien and citizen of Mexico. Defendant's identity was verified by 10-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS linked Defendant to FBI and Immigration Service records.

Immigration Service records to include Deportable Alien Control System (DACS) identify Defendant as a deported alien. DACS information indicates that on or about October 04, 2002 an Immigration Judge ordered Defendant deported and removed from the United States. DACS information further reveals that Defendant was last removed from the United States on or about September 13, 2007. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

At about 2:45 AM during a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without the benefit of counsel. During a subsequent interview, Defendant admitted he is a citizen of Mexico by birth in Guadalajara, Jalisco, Mexico. Defendant admitted making an oral false claim to United States citizenship. Defendant admitted being removed and deported but denied seeing an immigration judge for such removals. Defendant admitted he possess no document or other benefit that would permit his legal entry into the United States. Defendant admitted he was going to Lynwood, CA to reunite with his wife and children.

EXECUTED ON THIS 15TH DAY OF OCTOBER 2007 AT 10:00 AM.

Eric M. Velazquez / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on October 12, 2007 in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE                          10/13/07, 1024hrs
                                          DATE / TIME