FILED
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cR3058-JM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JOSE ALEJANDRO FLORES-GONZALEZ, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 9/7/03, within the Southern District of California, defendant JOSE ALEJANDRO FLORES-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CJB:psd:San Diego
10/18/07

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

Count 2

On or about 8/4/07, within the Southern District of California, defendant JOSE ALEJANDRO FLORES-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about October 12, 2007, within the Southern District of California, defendant JOSE ALEJANDRO FLORES-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/13/07.

KAREN P. HEWITT  
United States Attorney

J. Moore fr  
CARLA J. BRESSLER  
Assistant U.S. Attorney