FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3058JM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | **(Superseding)** |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| JOSE ALEJANDRO FLORES-GONZALEZ, | ) | Illegal Entry (Misdemeanor); |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

### Count 1

On or about 8/4/07, within the Southern District of California, defendant JOSE ALEJANDRO FLORES-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

CJB:kmm:San Diego
12/05/2007

<u>Count 2</u>

On or about October 12, 2007, within the Southern District of California, defendant JOSE ALEJANDRO FLORES-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/6/07

KAREN P. HEWITT
United States Attorney

fu/ CARLA J. BRESSLER
Assistant U.S. Attorney